

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00208-CR

DEVANTE DAMON DARDEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 45315-B

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Appellant Devante Damon Darden was convicted of murder and was sentenced to fifty years' imprisonment. Darden appealed from that conviction and the resulting sentence. On May 14, 2018, Darden's court-appointed appellate counsel, Jason D. Cassel, filed an *Anders*[1] brief, and on July 24, 2018, Darden filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Darden's access to the record.

To ensure that Darden receives a complete copy of the appellate record in a timely manner, we hereby order our clerk's office to provide a complete paper copy of the appellate record to Darden. Allowing ten days for that record to be delivered to Darden and giving Darden thirty days to prepare his pro se response, we hereby set September 17, 2018, as the deadline for Darden to file his pro se response to counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: August 6, 2018

---

[1]*See Anders v. California*, 38 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).